# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2815
_____

KEYON L. RICHARDSON,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.

December 10, 2025

PER CURIAM.

AFFIRMED. *See Edwards v. Crews*, 124 So. 3d 422, 423 (Fla. 1st DCA 2013) (citation omitted) ("Challenges to the original probable cause are properly raised at trial and on direct appeal but are not a viable basis for postconviction relief . . . or a postconviction writ of habeas corpus.").

BILBREY, KELSEY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Keyon Leonard Richardson, pro se, Appellant.

James Uthmeier, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Appellee.